ORIGINAL 1 to cv

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NORFOLK SOUTHERN RAILWAY COMPANY, | ) ) ) |
| Plaintiff, | ) ) ) Civil Action No. 1:01cv704 |
| v. | ) ) |
| ABC-NACO, INC., | ) ) |
| Defendants. | ) ) |



FILED
SCRANTON
SEP 17 2001
PER _____
DEPUTY CLERK

### NOTICE OF APPEARANCE

TO:    Mary E. D'Andrea, Clerk

Kindly enter the appearance of THOMAS P. McGINNIS, ESQUIRE and ZIMMER KUNZ, PLLC on behalf of Defendant, ABC-NACO, Inc. in this matter.

Respectfully submitted,

ZIMMER KUNZ, PLLC

By_____
Thomas P. McGinnis, Esqure
Pa. I.D. No. 46666
3300 USX Tower
600 Grant Street
Pittsburgh, PA  15219-2702
(412) 281-8000

Date: September 13, 2001          Attorneys for ABC-NACO, Inc., Defendant

Document #: 246247
7565.0047

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appearance was served upon counsel of record this 13th day of September, 2001, by United States mail, first-class, postage prepaid, addressed as follows:

>Paul D. Keenan, Esquire
>Kenneth Jay Grunfeld, Esquire
>HOYLE MORRIS & KERR, LLP
>One Liberty Place, Suite 4900
>1650 Market Street
>Philadelphia, PA 19103

_____
Thomas P. McGinnis, Esquire

Document #: 246247
7565.0047