IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NORFOLK SOUTHERN RAILWAY COMPANY,** | CIVIL NO. 1:CV-01-0704 |
| Plaintiff | |
| v. | FILED |
| **ABC-NACO, INC.,** | HARRISBURG, PA |
| Defendant | OCT 30 2001 |
| | MARY E. D'ANDREA, CLERK |
| | Per _____ Deputy Clerk |

## O R D E R

On October 29, 2001, Defendant filed a suggestion of bankruptcy, reporting that Defendant and certain of its related domestic affiliates filed voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code with the United States Bankruptcy Court for the Northern District of Illinois.  Accordingly, **IT IS HEREBY ORDERED THAT**:

    1) The captioned action is stayed.

    2) Counsel shall file a joint report with the court on the status of Defendant's bankruptcy proceedings no later than April 30, 2002.

                                                                 SYLVIA H. RAMBO
                                                                United States District Judge

Dated: October 30, 2001.

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

Re:  1:01-cv-00704    Norfolk Southern Rai v. ABC NACO, Inc.

True and correct copies of the attached were mailed by the clerk to the following:

```
Paul D. Keenan, Esq.
Kenneth Jay Grunfeld, Esq.
Hoyle, Morris & Kerr LLP
1650 Market Street, Suite 4900
Philadelphia, PA  19103

Thomas P. McGinnis, Esq.
Professional Corporation
3300 USX Tower
Pittsburgh, PA  15219
```

```
cc:
Judge                         (X )           ( ) Pro Se Law Clerk
Magistrate Judge              ( )            ( ) INS
U.S. Marshal                  ( )            ( ) Jury Clerk
Probation                     ( )
U.S. Attorney                 ( )
Atty. for Deft.               ( )
Defendant                     ( )
Warden                        ( )
Bureau of Prisons             ( )
Ct Reporter                   ( )
Ctroom Deputy                 ( )
Orig-Security                 ( )
Federal Public Defender       ( )
Standard Order 93-5           ( )
Bankruptcy Court              ( )
Other_____    ( )
```

MARY E. D'ANDREA, Clerk

DATE: October 30th, 2001                BY: _____
                                            Deputy Clerk