

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NORFOLK SOUTHERN RAILWAY COMPANY,** | CIVIL ACTION NO. 1:CV-01-704 |
| Plaintiff | (Judge Conner) |
| v. | |
| **ABC NACO, INC.,** | |
| Defendant | |

FILED
HARRISBURG, PA
AUG 2 1 2002
MARY E. D'ANDREA, CLERK
Per _____
      Deputy Clerk

### O R D E R

AND NOW this 21st day of August, 2002, it is hereby ORDERED that a brief status conference will be conducted by the Court <u>by telephone</u> on Wednesday, September 4, 2002 at 10:30 a.m. The purpose of the status conference is to review the pretrial/trial schedule and to address any pending issues. Trial counsel are expected to participate in the conference. Plaintiffs' counsel shall initiate the conference call (the Court's new telephone number is 717/221-3945).

_____
CHRISTOPHER C. CONNER
United States District Judge