ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NORFOLK SOUTHERN RAILWAY COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ABC-NACO INC., )<br>)<br>Defendant. ) | Civil Action No. 1:01cv704<br><br>Judge Christopher C. Conner |

FILED
HARRISBURG, PA

AUG 01 2003

MARY E. D'ANDREA, CLERK
Per_____
Deputy Clerk

## JOINT REPORT

In accordance with the Order signed by the Judge on June 18, 2003, the parties hereby submit the following Joint Report to the Court regarding the status of the defendant's bankruptcy proceedings:

The bankruptcy of ABC-NACO, Inc. is still pending in the United States Bankruptcy Court for the Northern District of Illinois, Case No. 01-36484. The parties have recently been advised by debtor's counsel that the bankruptcy is in the process of being converted from a Chapter 11 to a Chapter 7. Liquidation is projected for September, 2003, and we have been told that all unsecured and/or judgment creditors will be receiving no funds under the anticipated liquidation plan.

Respectfully submitted,

_____
Thomas P. McGinnis, Esquire
ZIMMER KUNZ, PLLC
3300 USX Tower
600 Grant Street
Pittsburgh, PA  15219
(412) 281-8000

_____
Kenneth J. Grunfeld, Esquire
JANSSEN & KEENAN, PC
One Commerce Square
2005 Market Street, Suite 2050
Philadelphia, PA  19103
(215) 665-8888

Document #: 365015
7565.0047