# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NORFOLK SOUTHERN RAILWAY COMPANY,** | : | **CIVIL ACTION NO. 1:CV-01-704** |
| **Plaintiff** | : | **(Judge Conner)** |
| | : | |
| v. | : | |
| | : | |
| **ABC-NACO, INC.,** | : | |
| **Defendant** | : | |

## **O R D E R**

On October 29, 2001, defendant filed a suggestion of bankruptcy, reporting that defendant and certain of its related domestic affiliates filed voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code with the United States Bankruptcy Court for the Northern District of Illinois. Accordingly, it is hereby ORDERED that counsel shall file a joint report with the court on the status of defendant's bankruptcy proceedings no later than June 30, 2004.

                                                    S/ Christopher C. Conner
                                                  CHRISTOPHER C. CONNER
                                                  United States District Judge

Dated:        June 10, 2004