IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NORFOLK SOUTHERN RAILWAY COMPANY,** | : | CIVIL ACTION NO. 1:CV-01-704 |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| **ABC-NACO, INC.,** | : | |
| Defendant | : | |

## O R D E R

AND NOW, this 29th day of June, 2004, it is hereby ORDERED that a brief status conference will be conducted by the Court <u>by telephone</u> on Tuesday, **July 6, 2004 at 2:30 p.m.** The purpose of the status conference is to assess the status of defendant's bankruptcy proceedings, in view of the status report recently filed by plaintiff's counsel (Doc. 12). Counsel for both parties are expected to participate in the conference. Plaintiff's counsel shall initiate the conference call (the Court's telephone number is 717/221-3945).

                                                             S/ Christopher C. Conner
                                                           CHRISTOPHER C. CONNER
                                                           United States District Judge

Dated: June 29, 2004