IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NORFOLK SOUTHERN RAILWAY COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No. 1:01cv704<br>)<br>) Judge Christopher C. Conner |
| ABC-NACO INC., | )<br>) |
| Defendant. | ) |

FILED
SCRANTON
JUL 0 6 2004
Per_____
DEPUTY CLERK

### REPORT OF DEFENDANT
### ABC-NACO, INC.

Pursuant to the Court's Order dated June 10, 2004, Defendant ABC-NACO, Inc. submits the following report:

1.  Counsel for ABC-NACO, Inc. spoke with counsel for Plaintiff, Norfolk Southern Railway Company, on June 29, 2004. At that time, counsel discussed the available information regarding the current status of the Defendant's bankruptcy proceeding. Information provided by Debtor's counsel is as follows:

    (a) ABC-NACO, Inc. remains in bankruptcy and the bankruptcy stay also remains in effect.

    (b) A final plan of liquidation has yet to be filed, but it is anticipated that such will be filed after conclusion or other resolution of any remaining causes of action that are being pursued on behalf of the Debtor.

Document #: 421012
7565.0047

  (c)  Counsel have been apprised that the likelihood of any substantial recovery by any unsecured creditors is very remote.

      Respectfully submitted,

      ZIMMER KUNZ, PLLC

      By _____
       George R. Farneth II
       Pa. I.D. #53914

      132 South Main Street, Suite 400
      Greensburg, PA 15601
      (724) 836-5400

Date: June 30, 2004      Attorneys for ABC-NACO, Inc., Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served upon counsel of record this 30th day of June, 2004, by United States mail, first-class, postage prepaid, addressed as follows:

>Kenneth J. Grunfeld, Esquire
>JANSSEN KEENAN & CIARDI, PC
>One Commerce Square
>2005 Market Street, Suite 2050
>Philadelphia, PA  19103
>*Attorneys for Plaintiff*

George R. Farneth II