IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
SCRANTON

JUL 0 6 2004

Per_____
DEPUTY CLERK

| | | |
|---|---|---|
| NORFOLK SOUTHERN RAILWAY COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 1:01cv704 |
| v. | ) | |
| | ) | Judge Christopher C. Conner |
| ABC-NACO INC., | ) | |
| | ) | |
| Defendant. | ) | |

## SUBSTITUTION OF APPEARANCE

TO:    Mary E. D' Andrea, Clerk

Kindly substitute the appearance of GEORGE R. FARNETH II, ESQUIRE of the law

firm of ZIMMER KUNZ, PLLC for that of THOMAS P. McGINNIS, ESQUIRE on behalf of

Defendant, ABC-NACO, Inc. in the within matter.

Respectfully submitted,

ZIMMER KUNZ, PLLC

By _____
George R. Farneth II
Pa. I.D. #53914

132 South Main Street, Suite 400
Greensburg, PA  15601
(724) 836-5400

Date: June 30, 2004                    Attorneys for ABC-NACO, Inc., Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served upon counsel of record this 3rd day of June, 2004, by United States mail, first-class, postage prepaid, addressed as follows:

Kenneth J. Grunfeld, Esquire
JANSSEN KEENAN & CIARDI, PC
One Commerce Square
2005 Market Street, Suite 2050
Philadelphia, PA 19103
*Attorneys for Plaintiff*

_____
George R. Farneth II

# ZIMMER KUNZ
## PROFESSIONAL LIMITED LIABILITY COMPANY

ATTORNEYS AT LAW

3300 U.S. STEEL TOWER
PITTSBURGH, PA 15219-2702
(412) 281-8000
FAX (412) 281-1765

| | | |
|---|---|---|
| HARRY J. ZIMMER | ANTHONY C. CARONE (PA&WV) | SUSAN A. KOSTKAS |
| RAYMOND H. CONAWAY (PA & WV) | ROBERT W. MURDOCH | RICHARD J. BOSCO |
| GEORGE N. STEWART (PA & WV) | MEGHAN F. WISE (PA & OH) | SHARON A. HALL (PA & WV) |
| JONI M. MANGINO (PA & WV) | JOHN K. BRYAN | PHILIP J. SBROLLA |
| JOSEPH W. SELEP (PA & WV) | CHRISTOPHER T. YOSKOSKY | |
| RAYMOND J. CONLON | REBECCA A. SEMBER | |
| EDWARD K. DIXON | JEFFREY S. TARKER | |
| MARK R. HAMILTON | MARK T. CALOYER | |
| ALEXANDER P. BICKET (PA& WV) | MACEL E. RHODES (WV ONLY) | |
| JOHN W. ZOTTER (PA & OH) | JOHN M. GIUNTA | *OF COUNSEL* |
| JEFFREY A. RAMALEY (PA & OH) | JOHN M. BIONDI | |
| DARA A. DeCOURCY (PA & WV) | HILARY C. BONENBERGER (PA & WV) | JOHN E. KUNZ |
| DANIEL E. KRAUTH | JOSEPH F. BUTCHER | ANDREW J. BANYAS, III |
| GEORGE R. FARNETH II | ROBERT W. GALBRAITH | THOMAS A. LAZAROFF |

MORGANTOWN OFFICE:
(304) 292-8531
FAX (304) 292-7529

BUTLER OFFICE:
(724) 285-6677
FAX (724) 431-2490

GREENSBURG OFFICE:
(724) 836-5400
FAX (724) 836-5149

BEAVER OFFICE:
(724) 774-6000
FAX (724) 774-4400

Reply to Greensburg Office
E-Mail Address:  stewart@zklaw.com

June 29, 2004

Mary E. D'Andrea, Clerk
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
William J. Nealon Federal Building & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA  18501

RE:    **Norfolk Southern Railway Company v. ABC-NACO, Inc.**
       **No. 1:01cv704**

Dear Ms. D'Andrea:

Enclosed for filing is the original Substitution of Appearance and Report of Defendant, ABC-NACO, Inc. and additional coversheet. I would ask that you time and date stamp the additional coversheet and return it to these offices in the enclosed self-addressed stamped envelope.

Should you have any questions or require any additional information, please do not hesitate to contact me.

Very truly yours,

GEORGE R. FARNETH II

GRF/sas
Enclosures
cc:    Kenneth J. Grunfeld, Esquire (w/encs.)

Document #: 421027
7565.0047