IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NORFOLK SOUTHERN RAILWAY COMPANY,** | : | CIVIL ACTION NO. 1:CV-01-704 |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| **ABC-NACO, INC.,** | : | |
| Defendant | : | |

## ORDER

AND NOW, this 6th day of July, 2004, following a telephone conference with counsel of record in the captioned matter, it is hereby ORDERED that counsel for the plaintiff shall file a status report regarding the issues of (1) resolution of plaintiff's claims within the ambit of defendant's bankruptcy proceeding and (2) the potential for voluntary dismissal of this action, without prejudice, on or before **August 31, 2004.**

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge