# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NORFOLK SOUTHERN RAILWAY COMPANY,** : | CIVIL ACTION NO. 1:01-CV-0704 |
| : | **(Judge Conner)** |
| **Plaintiff** : | |
| v. : | |
| **ABC NACO, INC.,** : | |
| **Defendant** : | |

## ORDER

AND NOW, this 21st day of December, 2004, upon consideration of the order of court dated October 30, 2001 (Doc. 6), staying proceedings in the above-captioned action pending resolution of defendant's Chapter 11 bankruptcy proceedings in the United States Bankruptcy Court for the Northern District of Illinois, and of the status report (Doc. 18) indicating that defendant's bankruptcy proceedings are still pending, it is hereby ORDERED that:

1. Proceedings in this matter shall continue to be stayed, pending resolution of the bankruptcy proceedings involving defendant.

2. Counsel for defendant shall notify the court upon resolution of the bankruptcy proceedings.

3. The Clerk of Court is directed to CLOSE the above-captioned case for statistical purposes only.

   S/ Christopher C. Conner  
CHRISTOPHER C. CONNER  
United States District Judge